**CV 18 - 7188**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**ORIGINAL**

Maria Elina Hakaniemi
710 Hendrix Street 203B
Brooklyn 11207, NY ✱

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against- Bill Gates
Linus Thorwalds
~~LINUX~~
1600 Amphitheatre Pkwy, Mountain View. CA 94043. USA

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

Complaint for a Civil Case

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
_____   *(check one)*



Linus Torvalds
works as hacker
to Bill Gates

Linus Torvalds
has no adress,
more as in Spain.
"gambling bisnes"

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

*Master of Arts Architect*

Name — Marja Elina Hakaniemi

Street Address — 710 Hendrix Street

City and County — Brooklyn,

State and Zip Code — NY 11207

Telephone Number — 929 219 7304

E-mail Address — elinainny @ gmail.com

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name — Bill Gates ~~Linus Thorwalds~~

Job or Title (if known) — ~~Linux~~ ~~owner~~ Director

Street Address — 1600 Amphitheatre Pkwy

City and County — CA, Mountain View

State and Zip Code — CA 94043

Telephone Number — 844 572 6184

E-mail Address (if known) —

Defendant No. 2

Name — Linux Torvalds.

Job or Title (if known) — Linux

Street Address —

City and County —

2

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*- unpaid copyrights fees in all states.*
*- name of copyright owner 2 google*
*-esculated measure in miljards of my work.*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Marja Elina Hataniemi is a citizen of the State of *(name)* Finland .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* MarjaElina Hataniemi is incorporated under the laws of the State of *(name)* architectural and has its principal place of business in the State of *(name)* office MarjaElina Hataniemi

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* Google Inc, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—~~the amount~~ the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

7 772.700.000 $ + intrest Jail sentence ~~Long Term~~ hackering Internet Fraud sense 1972. — increasing products of my Logo work to eternity.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Hackering Internet Fraud Linux has taken over my internet. Adding programs Linux Java Script, games, Tmobile Hotspot ID is locked he opening and closing goagle, Soda Adobe ID stolen 9 monts, iskysoft videos stolen, images stolen and kept, Sold. Wendor, webpages Awl Christian Cultrup

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I have 5000 files images and videos. I am leading, copyed "zeitgeist". Sony vil claim copyrights true Toshiba (C) laptop. Movie copyrights. Photoart (C) recordings (C) music (C) my Story (C) looks (C) architecture (C) design (C) sculpture (C) name (C) text (C) voice (C) composer (C) lyrics (C) google logo's (C) habbo (C) hote Linux (C)*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an ~~improper purpose, such as~~ to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *11.29*, 20 *18*

Signature of Plaintiff *Marja Elina Hakaniemi*

Printed Name of Plaintiff *Marja Elina Hakaniemi*

6

Case against Linus Thorwalds.

Who has his name appearing in my
downloads, 5th day.
He came back.
He hackers threw my T Mobile
hot spot by being admuistrator
of my wifi device.
He has ID and phone number
of my wifi. 🔑 📱

actions:
1. I cant call abroad to cell phone.
   It's denied. programmed.
2. On weeckends it pays google
   is not connected
   etc., my device used as game
                                    surface.
3. google plays 9 assistant
   at a game time.
4. setting up transpering programs
   weeekly upload.

*google adress, Headquarters*
*california*
*USA*

## Google Maps   37°25'17.4"N 122°05'02.8"W



◁ Collapse side panel



*Bill Gates*
*adress.*
*google*
*california*

## 37°25'17.4"N 122°05'02.8"W

37.421512, -122.084101

1600 Amphitheatre Pkwy, Mountain View, CA 94043

CWC8+J9 Mountain View, California



# S-Pankki

*adres* 

17.10.2018

MARJA ELINA HAKANIEMI
710 HENDRIX STREET
US BROOKLYN, NY 11207
UNITED STATES

## Hyvä asiakkaamme

Olemme päivittämässä asiakastietojamme verotukseen liittyvien asioiden osalta.

Meille ilmoittamiesi tietojen perusteella olet verovelvollinen myös muussa valtiossa kuin Suomessa. Tällaisia tietoja ovat esimerkiksi asuinpaikka sekä verotus- ja syntymämaa.

Jotta saamme pidettyä verovelvollisuuteen liittyvät asiakastietosi ajan tasalla, **pyydämme sinua täyttämään kaikki kohdat tämän kirjeen liitteenä olevasta lomakkeesta ja palauttamaan sen oheisella palautuskuorella 25.11.2018 mennessä.**

### Miten toimin, jos en ole verovelvollinen muussa valtiossa kuin Suomessa?

Ilmoita asiasta tämän kirjeen liitteenä olevalla lomakkeella. Toimita lomakkeen lisäksi asiasta todistus, kuten verottajan antama todistus verovelvollisuudesta, asuinpaikkatodistus tai Yhdysvaltojen kansalaisuuden menettämistä koskeva todistus.

### Miksi kysytte tällaisia tietoja?

Suomen valtio on solminut verotietojen vaihtoa koskevan sopimuksen Yhdysvaltojen kanssa vuonna 2014 sekä sitoutunut vuoden 2016 alusta alkaen OECD:n ja Euroopan Unionin antaman CRS-tietojenraportointistandardin mukaiseen verotietojenvaihtoon. Nämä velvoittavat meitä ja muita suomalaisia pankkeja sekä muita finanssilaitoksia selvittämään verotusta koskevia tietoja asiakkailtaan.

### Mistä saan lisätietoja?

Saat lisätietoja verkkosivuiltamme, osoitteesta s-pankki.fi/mita-kysymme-ja-miksi. Autamme myös mielellämme, jos sinulla on kysyttävää. Voit ottaa meihin yhteyttä lähettämällä viestin verkkopankissa tai soittamalla numeroon 010 76 5800 (ma–pe kello 9–20, 0,0835 €/puhelu + 0,1209 €/minuutti).

Ystävällisin terveisin

S-Pankki

LIITTEET      Todistus verovelvollisuudesta
                   Palautuskuori

## CHECKING ACTIVITY                                                                 Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 11/15 | Debit Card Purchase 11/13 12:08p #3890<br>BROOKLYN PUBLIC LIBRAR 7182302165   NY 18318<br>Misc Business Services | 16.85 | | 74.01 |
| 11/16 | Cash Withdrawal 02:45p #3890<br>Citibank ATM 80 JAMAICA AVE, BROOKLYN, NY | 20.00 | | 54.01 |
| 11/19 | Cash Withdrawal 11/19 10:34a #3890  Teller | 23.00 | | |
| 11/19 | Debit Card Purchase 11/15 04:53p #3890<br>SQ *SQ *AMY'S BREAD - NY      NY 18320<br>Restaurant/Bar | 4.36 | | 26.65 |
| 11/20 | Debit Card Purchase 11/16 03:20p #3890<br>TREASURE ISLAND STORAG BROOKLYN      NY 18323<br>Misc Business Services | 10.00 | | |
| 11/20 | Debit Card Purchase 11/15 01:03p #3890<br>ALICE TULLY HA13233747 NEW YORK      NY 18321<br>Restaurant/Bar | 16.33 | | 0.32 |
| 12/10 | Incoming Wire Transfer<br>WIRE FROM SOCIAL INSURANCE INSTITUTION | | 668.88 | 669.20 |
| 12/11 | Incoming Wire Transfer Fee  INCOMING WIRE   FEE | 15.00 | | |
| 12/11 | Debit PIN Purchase<br>MTA MVM VENDING MACHINENEW YORK      NYUS02141 | 121.00 | | |
| 12/11 | Cash Withdrawal 11:02a #3890<br>Citibank ATM 181 MONTAGUE , BKLYN, NY | 100.00 | | 433.20 |
| 12/12 | Debit Card Purchase 12/10 03:53p #3890<br>GOOGLE *YouTubePremium 855-836-3987  CA 18345<br>Phones, Cable & Utilities | 9.99 | | 423.21 |
| | **Total Subtracted/Added** | **608.29** | **668.88** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

# INDEX   of  the.  Plaintiff's  claims.

Issues. During. Period. 2012-2018.

## Part.   2

Google

G. -mail
Adress. Book

"Unknown  Artist"
2016. copyrights. Crime to steal my  Song
            To.  TV. Christmas. Insert

I S O    architects .

Original  Google  mark  statues  made  of  my LOGO  work.
Water  Motive  in form  of  fountains.

Writings © 2018      part. 2
Text
Marja Elina Hakaniem              1 /9

# G-mail

G – m. a.il

G-mail

3/9

# G-mail

4 /9

Google Maps

# " Unknown  Artist "

# Recording
# files

All my recordings are by,
under name
"Unknow Artist"

5/9

Google Maps

2016
Copyright
Crime to steal my voice
For to TV insert
FOR. christmas

6/9

Google Maps

# I S O

# ARCHITECTS

I.

7 /9

Google Maps

# II. architects

Google has
architectural office
whit name "150
architects"

150 is stolen from me
150 = Big finnisch
language

8/9

Google Maps

Original

G. o. o. g. l.e

Statues. And
F o u n ta i n s

9/9

# INDEX  of the. Plaintiff's  claims.

Issues. During. Period. 2012-2018.

## Part.  3

Google
Microsoft

Microsoft  and  Web.com
Microsoft  and  Web.com  www.azulchristianculture.com


Microsoft  and counter  of visitors.
Who  is  owner  of  Google  images ?

Web.master ? had Putin  and  Trump  name  on  open  news  feed
Function represented  when  I opened  admin  during Presidential
campaign 2016  before  election.
Microsoft  sended  or  wieved  thrue  my
www.azulchristianculrure.com  pages  whit excellent  reputation.


writings © Marja Elina 2018
text       Hakanien

Microsoft

2/5

# Microsoft
# And
# WEB.com

3/5

# Microsoft
# And
# WEB.com
# www.azul
# christianculture.com

www.taiteilijaelakemarjaelinahakaniemelle.com

www.marjaelinahakaniemi.org

4 / 5

# M i c rosoft

# Counter of visitors

NOT. Counter. On.
HOW. Many.  Visitors. And. Searches
Whit my name?
13. miljons. In Finland
And 15. Miljons
In English
Other. Countryes.
2017

I want to know how many visitors I had in Facebook and whit my name in google?



# INDEX  of the. Plaintiff's  claims.

Issues. During. Period. 2012-2018.

### Part.  4

Sun

Google
Microsoft

*name Logo
Marja Elina ,* Ⓒ
*Hakaniemi*

Microsoft
Background

Sexual  harassment  by  transwestites
And  Gay  peoples

*1968  I was kept as
hostice  in Hel-
sinki 8+1 days*

©© Copyright  mark  for  common  use, for  free.
©    Copyright  mark  2018 Marja  Elina
      Text, photo,  voice  and  artist.

Copyrights  Claims  on  coming  from  artworks  which
where  given  to  someone  else  in  past  times.

Writed Marja  Elina  Hakaniemi
Master  of  Arts
2018 © text.  All  Rights  Reserved

No qotations  whitout  mentioning  the  source  writer.

*writings © Marja Elina part. 4
text  Hakaniemi
2018  1/7*

# Microsoft

*later leader was putting me into fire in Helsinki gallery Katariina yard.*

# Background
# Sexual  harassment
# By

Transwestites
And
Gaypeoples
Forcing me
To support
Gaypride economically
Thrue banks
Hakaconstruction
payments to me
Forcing me create a flag
To  you, ageinst my

3/7

Believs.
Greating art to your
artist like Andy Warhol
and many others,
Anselm Kiefer.

©©

Copyright mark for

common

Use,

 for Free.

5/7

©2018 Marja Elina text
Artists.  Copyrights.
mark

6/7

©2018 Marja Elina text video,Artists Copyrights.

# INDEX  of the. Plaintiff's  claims.

Issues. During. Period. 2012-2018.

### Part.   1

**a.** Google.  Wendor
Google.  Bisnes.  Address.

$a = 9$ pages

**b_** Copyrights.  Violations.
Difference. Between © and
©©

$b. \ 14$ pages

Google.  Assistants.
SKYPE.  Graphics.

GOOGLE.  Images.  And. Weeckly upload.
Google.  Photobook's

Google.  LOGO
G. many colours.  G

Part.  1     9 + 14  pages
Part  2      9          —"—
part  3      5          —"—
part  4      7          —"—

writings ©2018 Marja Elina Hakaniemi
text                    1/9

Google Wendor.

## Google Wendor

Google Wendor is mentioned, when talked about selling photobook's.
Shared albums and assistants creations from photographyes to postcards.
Question became unanswered, evev I have asked many times, is there a google wendor someone else than me?
Does Google wendor have my stolen cell phone?

www.azulchristianculture.com pages had address on 141 Street Harlem, NY.
Google didn't take or delete my address, when I asked.
I became robbed and physically attacked in flat I lived.
2 cell phones stolen from room, when I visited elsewhere.
When I moved out, my stuff became spread all over carbage cans in the house.
Furniture stolen.Storage unit became chanced so that all property became moved to next unite after I left storage Google wendor history.
I was notallowed to chance my adressin Google firms 2015 when I moved out from Spanisch Harlem.

3/ 9

I rented a roomat 141 th Streetfrom that location is sold
my files,  google books,google
photobooks,photographyes, which I have 5000 files.
Also videos and Recordings. ?
Phone number 9294228667 is used by google
wendor?My recent question about sales and sums of
money didn't become answered at all!
This is also a google map
Issue.
They insisted to keep my location on 141 Street
even I didn't live there anymore.

I am a legal seller of my products
and copyrights owner.

There is and has been interest in Finland to create fake
believers.
Fake evangelists, when someone becomes in faith so that
they could keep contact as communists
but now in faith
Whit me and join my new congrication.
They can have a life long history in churches
For this purpose,
For to hang on.

4/9

## Google  Wendor

Google Wendor is mentioned, when talked about selling photobook's.
Shared albums and assistants creations from photographyes to postcards.
Question became unanswered, evev I have asked many times, is there a google wendor someone else than me?
Does Google wendor have my stolen cell phone?

www.azulchristianculture.com pages had address on 141 Street Harlem, NY.
Google didn't take or delete my address, when I asked.
I became robbed and physically attacked in flat I lived.
2 cell phones stolen from room, when I visited elsewhere.
When I moved out, my stuff became spread all over carbage cans in the house.
Furniture stolen.Storage unit became chanced so that all property became moved to next unite after I left storage Google wendor history.
I was notallowed to chance my adressin Google firms 2015 when I moved out from Spanisch Harlem.

5 / 9

I rented a roomat 141 th Streetfrom that location is sold
my files,  google books,google
photobooks,photographyes, which I have 5000 files.
Also videos and Recordings. ?
Phone number 9294228667 is used by google
wendor?My recent question about sales and sums of
money didn't become answered at all!
This is also a google map
Issue.
They insisted to keep my location on 141 Street
even I didn't live there anymore.

I am a legal seller of my products
and copyrights owner.

There is and has been interest in Finland to create fake
believers.
Fake evangelists, when someone becomes in faith so that
they could keep contact as communists
but now in faith
Whit me and join my new congrication.
They can have a life long history in chruches
For this purpose,
For to hang on.

6 / 9

N

**GOOGLE BISNES ADRESS,**
Where lives wendor today?

where lives vendor Today?
google is not answering
to whoom they adress
by google wendor
in my case
I havent sold whita
penny!

7/9



Copyrights  V I O L A T I O N S

8/9



# Copyright Violations.

Referres to Copyright Law.
Copyrights LAW about intellectual property.
Intellectual property created by artist who has individual
STYLE.
Can become separated of other creators thrue artists
personal identity and way to create art and intellectual
property sold to peoples.
Colours and composition.
Religion and philosophy.
Tradition, heritage.

*part. 1*

# DIFFERENCE

## BETWEEN



C

## COPYRIGHTS

### and

C   C

## COPYRIGHTS

*writings*
*text* © 2018 Maria Elina Hakaniemi.
1 / 14

# Differnce Between © copyright mark and

## © © copyright mark.

© 2018 All Right copyright mark is. For. Artists,
Who are accepted to be individual artists,
By Master of Arts, educated artists.
Or self-taught Artist   members  in artists Societies.
Copyright mark is ment to professional artist
For to protect artists rights ageinst copying whitout
permission their work and steal income.

© © 2 times marking.
CC. means.  Material.   for. Educational. Use.  And.
Free material. In internet.

Text
Marja Elina Hakaniemi
©2018 All Rights Reserved,
Don't chance my text .
Here adding dots to my text is violating my rights as writer.

2 / 14



Google

Assistant's

3/14

## GOOGLE. Assistant.GOOGLE. Photographyes

Google Assistant +(someone whitout permissons dabbling my photos.)

inGoogle
Photographyes.
Google Assistants
has shoved to me to have even. 9 assistants
at a same time, working or altering colours
or making copyright crimes on my google
Photographyes.

I have not allowed never you to do your own versions of my work!



# S K Y P E



graphic

5/ 14

# Skype graphics

Google. Ink is. Also using burglers.
Many folders stolen from my room.
Bran. New. Szissor work cutting,
Paper cutting. Became. Stolen.

A whole. Foulder of. My. Personal. Skype. Rules. Reminder text and drawings became stolen
And. Shortly. After that. Google inc. launched their bran new SYPE. Design.

I.    Loost. All track. On. My. Skype
II.   SKYPE. Didn't. work. On me after that.
III.  Burgler is partying in ones home and molesting smell of home.
IV.



# GOOGLE



# Images

# And

# Weeckly
# Upload

7 / 14

# G. o. o. g. l. e.    photographyes

Unsolved  problem

## Weeckly. Upload

My. Account.  Whit. Google photographyes
Is repeatedly.  Copyed to. Unknown. Use.

I.      Have. Noticed. That. Gay peoples,  Gaypride. Peoples
II.     Can be. A group. Having. Post. From  images.
III.    Communist artists are also educated by my mail.
IV.     New York education to artists from Russia living in Finland.
V.      Marjo. X. living in my address in. Helsinki.
VI.     Board member in New York Atelie Foundation, Gayperson, transvestite./

How much is worth to spye my emails in money?
This can create some hunreds income to someone.
Who. Has. Persons.  interested.
 Upperclass education to Russians who have no
clue of art, but can small talk about me!
Gay pride is sexually twisted persons coalition.
Gaypride has support to murderers.
Gaypride supports stalkers.



8 / 14

Gaypride supports transvestites stealing ones
clothes, art. And letters. Books and magacines.
Furniture and textiles.
Transvestites must commit a murder,
For to solve their twisted natural urges.



9 / 14

# G - images

## weeckly upload



10 / 14



# G. o o. g. l. e

# Photobook's

" /14

# Original



# G. o. o. g. l. e
# L. O. G. O

12/14



# Google.

## Original.  Google. LOGO

Original. Google. LOGO. Is. Made. By. Me in. Finland
Year. 1974.

Its watercolour. Draving and. Text. Art.

I was not payed about the work.
Its. Done. Whit out contract.

There is thou rights given to google
Have. Rights to those. Colours. And
Colour harmony. Created. By. Me.

That. Harmony. Is. Promising to. Much. Of. Google.

I have. Noticed that there lyes
Big  dangers to individual user.
The joyful looks of google
Design is leading peoples to stray.
I am told to have no rights or value.
My reguest to compensation from google
Have not been answered.
Copyrights ingnored.

13/14



# INDEX   of the. Plaintiff's   claims.

Issues. During. Period. 2012-2018.

## Part.   1

Google.  Wendor
Google. Bisnes.  Address.


Copyrights.  Violations.
Difference. Between ©   and
                                        ©©
Google. Assistants.
SKYPE.  Graphics.

GOOGLE.  Images.  And. Weeckly upload.
Google.  Photobook's

Google.  LOGO
G. many colours.  G

14 / 14